# POLLACK, POLLACK, ISAAC & DE CICCO, LLP

──────────── ATTORNEYS AT LAW ────────────

**ARTHUR POLLACK (1950-1985)**
**CONRAD E. POLLACK***
**BRIAN J. ISAAC***
**FRED A. DE CICCO*~**
**ADAM S. HANDLER*~+**
**JILLIAN ROSEN***
**H. SUSAN OH***
**NELSON A. MADRID***

ALEXANDRA D. BONDIKOV+
JOSHUA B. BLOCK*
KELLY A. BRESLAUER*
MICHAEL J. FICHERA, JR.*~
GREGORY I. FREEDMAN*'
MATTHEW D. GOODSTEIN*~
KENNETH D. LAW*
KARN SHARMA*
YI Z. ZHAO*~

250 BROADWAY, SUITE 600
NEW YORK, NY 10007
T: (212) 233-8100
F: (212) 233-9238
www.ppid.com

**WESTCHESTER OFFICE**
1045 PARK STREET, SUITE 104
PEEKSKILL, NY 10566
T: 914-328-2400

**OF COUNSEL**
ALLEN E. KAYE*
ROBERT J. SHANNON*
JACOB ARONAUER*~
GREGG A. PINTO*
ADMITTED IN NY* | NJ~ | MA+ | FL'

October 9, 2023

**VIA ECF**
Hon. Mary Kay Vyskocil, USDC
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007
VyskocilNYSDChambers@nysd.uscourts.gov

      **Re:**    **D.C. Keenan & Associates v. Charles Wisell**
            **Docket No.: 23-CV-08685-MKV**

Dear Honorable Madam:

    Our office represents the Respondents Charles Wisell and Lipsig Shapey Manus & Moverman, PC in the above referenced matter. Respondents seek an adjournment of Petitioner's Motion to Confirm the Arbitration Award that is currently returnable Monday, October 30, 2023. This is the first time on for Petitioner's motion. Our office reached out to Mr. Genis of Sonin & Genis, LLC, attorneys for the Petitioner and they have consented to the adjournment and the parties have agreed to the following adjournment date and briefing schedule:

    Respondents' Opposition Papers:    November 22, 2023
    Petitioner's Reply Papers
    and New Return Date:                December 6, 2023

    We thank the Court for its attention to this matter.

                                       Very truly yours,

                                       Brian J. Isaac, Esq.

CC:

**VIA ECF**
Robert J. Genis, Esq.
Sonin & Genis, LLC
***Attorneys for Petitioner***
***D.C. Keenan & Associates***
One Fordham Plaza, Suite 907
Bronx, New York 10548
Tel: 718-561-4444
bob@genis@soningenis.com