# POLLACK, POLLACK, ISAAC & DE CICCO, LLP

— ATTORNEYS AT LAW —

**ARTHUR POLLACK (1950-1985)**
**CONRAD E. POLLACK***
**BRIAN J. ISAAC***
**FRED A. DE CICCO***~
**ADAM S. HANDLER***~+
**JILLIAN ROSEN***
**H. SUSAN OH***
**NELSON A. MADRID***

ALEXANDRA D. BONDIKOV+
JOSHUA B. BLOCK*
KELLY A. BRESLAUER*
MICHAEL J. FICHERA, JR.*~
GREGORY I. FREEDMAN*'
MATTHEW D. GOODSTEIN*~
KENNETH D. LAW*
KARN SHARMA*
YI Z. ZHAO*~

250 BROADWAY, SUITE 600
NEW YORK, NY 10007
T: (212) 233-8100
F: (212) 233-9238
www.ppid.com

**WESTCHESTER OFFICE**
1045 PARK STREET, SUITE 104
PEEKSKILL, NY 10566
T: 914-328-2400

**OF COUNSEL**
ALLEN E. KAYE*
ROBERT J. SHANNON*
JACOB ARONAUER*~
GREGG A. PINTO*
ADMITTED IN NY* | NJ~ | MA+ | FL'

October 20, 2023

**VIA ECF**
Hon. Mary Kay Vyskocil, USDC
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007
VyskocilNYSDChambers@nysd.uscourts.gov

   **Re:** **D.C. Keenan & Associates v. Charles Wisell**
      **Docket No.: 23-CV-08685-MKV**

Dear Honorable Madam:

  Our office represents the Respondents Charles Wisell and Lipsig Shapey Manus & Moverman, PC in the above referenced matter. Respondents seek to amend the briefing schedule to include the filing of Respondents' Cross-Motion to Modify the Arbitration Award. Our office reached out to Mr. Genis of Sonin & Genis, LLC, attorneys for the Petitioner and they have consented to the amended briefing schedule of:

| | |
|---|---|
| Respondents' Cross-Motion to Modify the Arbitration Award and Opposition to Plaintiff's Motion to Confirm the Arbitration Award: | November 8, 2023 |
| Petitioner's Opposition to Respondents' Cross-Motion to Modify the Arbitration Award: | November 22, 2023 |

| | |
|---|---|
| Petitioner's Reply to Motion to Confirm the Arbitration Award and Respondents' Reply to Cross-Motion to Modify the Arbitration Award: | December 6, 2023 |
| Return Date (Remains the same): | December 6, 2023 |

We thank the Court for its attention to this matter.

Very truly yours,

Brian J. Isaac, Esq.

CC:

**<u>VIA ECF</u>**
Robert J. Genis, Esq.
Sonin & Genis, LLC
***Attorneys for Petitioner***
***D.C. Keenan & Associates***
One Fordham Plaza, Suite 907
Bronx, New York 10548
Tel: 718-561-4444
bob@genis@soningenis.com