# POLLACK, POLLACK, ISAAC & DE CICCO, LLP

— ATTORNEYS AT LAW —

**ARTHUR POLLACK (1950-1985)**
**CONRAD E. POLLACK***
**BRIAN J. ISAAC***
**FRED A. DE CICCO*~**
**ADAM S. HANDLER*~+**
**JILLIAN ROSEN***
**H. SUSAN OH***
**NELSON A. MADRID***

ALEXANDRA D. BONDIKOV+
JOSHUA B. BLOCK*
KELLY A. BRESLAUER*
GREGORY I. FREEDMAN*^
MATTHEW D. GOODSTEIN*~
KENNETH D. LAW*
KARN SHARMA*
YI Z. ZHAO*~

250 BROADWAY, SUITE 600
NEW YORK, NY 10007
T: (212) 233-8100
F: (212) 233-9238
www.ppid.com

**WESTCHESTER OFFICE**
1045 PARK STREET, SUITE 104
PEEKSKILL, NY 10566
T: 914-328-2400

**OF COUNSEL**
ALLEN E. KAYE*
ROBERT J. SHANNON*
JACOB ARONAUER*~
GREGG A. PINTO*

ADMITTED IN NY* | NJ~ | MA+ | FL^

November 8, 2023

**VIA ECF**
Hon. Mary Kay Vyskocil, USDC
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007
VyskocilNYSDChambers@nysd.uscourts.gov

   Re: **D.C. Keenan & Associates v. Charles Wisell**
      **Docket No.: 23-CV-08685-MKV**

Honorable Madam:

  Our office represents the Respondents, Charles Wisell and Lipsig Shapey Manus & Moverman, PC, in the above referenced matter. As per the briefing schedule from October 20, 2023, Respondents are filing a Cross-Motion to Modify the arbitration award and opposition to Petitioner's Motion to Confirm that award today. Respondents intend on annexing to their cross-motion as Exhibit 36 excerpts of the transcript of the June 22, 2023 arbitration hearing. However, the Court should have before it the entire transcript. Given Petitioner's concern that the transcript should not be made public based on confidentiality concerns dealing with trademark patented work practices and Respondents' agreement at the arbitration to keep any such practices confidential and out of the public domain, Respondents seek leave from the Court to file the entire arbitration transcript under seal.

  Respondents still intend to file the cross-motion/opposition on time today as planned. As such, Respondents will only be attaching excerpts from the arbitration transcript that are referenced in the cross-motion. Upon receiving leave to file the complete transcript under seal, Respondents will then upload the entire arbitration transcript to afford the Court with a complete copy of same so that the record is complete. We suggest that the Court allow us to refile Exhibit 36 with the complete arbitration transcript.

Please feel free to contact me should you have any questions concerning this matter.

Very truly yours,

Brian J. Isaac, Esq.

CC:

**VIA ECF**
Robert J. Genis, Esq.
Sonin & Genis, LLC
***Attorneys for Petitioner***
***D.C. Keenan & Associates***
One Fordham Plaza, Suite 907
Bronx, New York 10548
Tel: 718-561-4444
bob@genis@soningenis.com