

Robert J. Genis | Admitted in NY, NJ, CT
Sherri Sonin (1957-2017)

Max Silverberg | Admitted in NY
Walter J. Hayes | Admitted in MA

**Via ECF**

November 9, 2023

The Honorable. Mary Kay Vyskocil
   United States District Court Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

**Re: D.C. Keenan & Associates v. Charles Wisell**
**Docket No.: 23-CV-08685-MKV**

Honorable Madam:

This office represents the petitioners in the above captioned matter. We are in receipt of Respondents' correspondence to this Honorable Court dated today. This office has no objection to the arbitration transcript being filed under seal.

Yours very truly

*Robert J. Genis*

Robert J. Genis, Esq.
Cc: Brian J. Isaac, Esq. (via ECF)

**Bronx**   718-561-4444 | 1 Fordham Plaza, Suite 907, Bronx, NY 10458 | **Fax** 718-561-2162
**New Jersey**   201-592-1115 | 16 Skyline Drive, Box 298, Montville, NJ 07045
www.soningenis.com