**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
D.C. KEENAN & ASSOCIATES,

                        Petitioner,

        -against-                                       23 **CIVIL** 8685 (MKV)

                                                        **JUDGMENT**

CHARLES WISELL and LIPSIG SHAPEY MANUS
& MOVERMAN, P.C.,

                        Respondents.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2024, Petitioner's request to confirm the Award is GRANTED, and Respondents' cross-petition to vacate or modify the Award is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      September 23, 2024

                                                          **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

                                **BY:**    *K. Mango*

                                                      **Deputy Clerk**